IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:21CR133 |
| vs. | ) | |
| ZAKK L. BIGGS and CARLOS RIOS-ALONSO, | ) | ORDER |
| Defendants. | ) | |

This matter is before the court on the defendant, Carlos Rios-Alonso's unopposed Motion to Continue Trial [45]. Counsel needs additional time to complete plea negotiations. For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [45] is granted, as follows:

1. The jury trial, **for both defendants**, now set for March 7, 2022, is continued to **May 16, 2022.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and May 16, 2022**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

3. A party may object to this order by filing an "Objection to Magistrate Judge's Order" no later than **February 25, 2022**. The objecting party must comply with all requirements of NECrimR 59.2.

**DATED: February 18, 2022.**

BY THE COURT:

s/ Michael D. Nelson
**United States Magistrate Judge**